PIERRE J. SMITH, Surviving Partner of the Firm of SMITH & SCHIPPER, Respondent, *v.* WILLIAM F. MILTON et al., Appellants.

*Schipper* v. *Milton,* 51 App. Div. 522, affirmed.
(Argued December 4, 1901; decided December 20, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 19, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*William B. Putney* and *Edmonds Putney* for appellants.

*Austen G. Fox* and *George G. De Witt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JANE McFADDEN, Respondent, *v.* JAMES BLOCH et al., Appellants.

*McFadden* v. *Bloch,* 50 App. Div. 419, affirmed.
(Argued December 4, 1901; decided December 20, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*John R. Farrar* for appellants.

*Alfred B. Cruikshank* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.